464 A.2d 523

Commonwealth v. Yates, Appellant.

Petition for Allowance of Appeal
Denied Nov. 4, 1983.

Argued June 17, 1983. Morton Gordesky, for appellant; Dennis P. Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge James D. McCrudden is affirmed.